1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John M. Potter (Bar No. 165843)
2    johnpotter@quinnemanuel.com
   Joshua A. Cohen (Bar No. 217853)
3    joshcohen@quinnemanuel.com
   Adam S. Cashman (Bar No. 255063)
4    adamcashman@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7    Christopher Tayback (Bar No. 145532)
     christayback@quinnemanuel.com
8    Ashley E. Martabano (Bar No. 236357)
     ashleymartabano@quinnemanuel.com
9  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
10 Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
11

12 Attorneys for Defendants
   JOHNSON & JOHNSON INC. AND SCIOS
13 INC.

14                 UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17

18 UNITED STATES *ex rel* STROM,          CASE NO. C 05-3004 CRB

                 Plaintiffs,
19
         vs.
20                                        STIPULATION AND [PROPOSED]
                                          ORDER EXTENDING TIME IN WHICH
   SCIOS INC. and JOHNSON & JOHNSON,      DEFENDANTS MUST MOVE TO
21                                        DISMISS OR OTHERWISE RESPOND
                 Defendants.              TO THE COMPLAINT AND SETTING A
22                                        BRIEFING SCHEDULE THEREON

23                                        Trial Date:    None Set

24

25

26

27

28

00459.50991/3017294.1

1   WHEREAS, the United States filed its Complaint in this matter on June 11, 2009; and

2   WHEREAS, Defendants Johnson & Johnson Inc. and Scios Inc. waived service of process

3   of the Government's complaint; and

4   WHEREAS, the deadline by which Defendants must move to dismiss or otherwise respond

5   to the Government's complaint is currently August 10, 2009; and

6   WHEREAS, the parties, through their undersigned counsel, have agreed to extend by 30

7   days the deadline by which Defendants must move or otherwise respond to the Complaint; and

8   WHEREAS, the parties, through their undersigned counsel, have further agreed to extend

9   by 30 days the deadline by which the government must oppose any motion to dismiss the

10  complaint, AND TO ESTABLISH AN AGREED-UPON BRIEFING SCHEDULE THEREON;

11  IT IS HEREBY ORDERED THAT:

12  Defendants shall file their motion to dismiss, or shall otherwise respond to the complaint,

13  on or before September 10, 2009; and

14  IT IS FURTHER ORDERED THAT:

15  The Government shall oppose any such motion by filing its opposition brief on or before

16  October 23, 2009; and

17  IT IS FURTHER ORDERED THAT:

18  Defendants' reply in support of its motion to dismiss shall be filed on or before November

19  6, 2009.

20  IT IS FURTHER ORDERED THAT:

21  Defendants' motion shall be heard by this Court on November 20, 2009, at 10:00 am/pm

22  or at such other time as the Court may direct.

23  IT IS SO ORDERED.

24

25  Dated: July 24 2009

26  Hon. Charles R. Breyer
    United States District Judge
27

28

00459.50991/3017294.1

- 1 -

CASE NO. C 05-3004 CRB

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MUST MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

1  Dated: July 22, 2009                    QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP
2
3                                           By _____
                                                       John M. Potter
4
                                            Attorneys for Defendants Johnson & Johnson Inc.
5                                           and Scios Inc.

6
   Dated: July 22, 2009                     By _____
7                                                    SARA WINSLOW
                                                     JULIE A. ARBUCKLE
8                                                    Assistant United States Attorneys

9

10 Dated: July 22, 2009                     By _____
11                                                   JOYCE R. BRENDA
                                                     PATRICIA R. DAVIS
12                                                   RENÉE S. ORLEANS
                                                     Civil Division, U.S. Department of Justice
13
                                            Attorneys for the United States
14

15 Dated: July 22, 2009                     NOLAN & AUERBACH, P.A.
16
                                            By _____
17                                                   MATTHEW PAVONE

18                                          Attorneys for Qui Tam Plaintiff Joe Strom

19

20

21

22

23

24

25

26

27

28

                                            - 2 -                        CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MUST MOVE TO
                              DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT