TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
                (415) 436-7102 (Arbuckle)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov
    julie.arbuckle@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile: (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* STROM, | ) | No. C 05-3004 CRB |
| Plaintiffs, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING THE UNITED STATES LEAVE TO FILE LEGAL MEMORANDUM IN EXCESS OF 15 PAGES |
| v. | ) ) ) | |
| SCIOS, INC. and JOHNSON & JOHNSON, | ) ) ) | |
| Defendants. | ) ) | |

STIPULATION AND [PROPOSED] ORDER GRANTING THE UNITED STATES
LEAVE TO FILE LEGAL MEMORANDUM IN EXCESS OF 15 PAGES - C 05-3004 CRB

1 WHEREAS the Court's standing order states that briefs in support of motions seeking relief other than summary judgment shall not exceed 15 pages;

WHEREAS on September 16, 2009, the Court granted Defendants Scios, Inc. and Johnson & Johnson's ("Defendants") motion for leave to file a motion to dismiss that does not exceed 25 pages; and

WHEREAS Plaintiff the United States of America (the "United States") contends that it needs a similar page extension for its opposition to Defendants' motion to dismiss in order to address and respond to the legal arguments raised in Defendants' motion.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the United States shall file a brief in opposition to Defendants' motion to dismiss that does not exceed 25 pages in length.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 20, 2009      By:   /s/ *signature on file*
                                    SARA WINSLOW
                                    JULIE A. ARBUCKLE
                                    Assistant United States Attorneys

Dated: October 20, 2009      By:   /s/ *signature on file*
                                    JOYCE R. BRANDA
                                    PATRICIA R. DAVIS
                                    RENÉE S. ORLEANS
                                    Civil Division, U.S. Department of Justice

                                    Attorneys for the United States


NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: October 20, 2009      By:   /s/ *signature on file*
                                    KENNETH J. NOLAN, Esq.
                                    MARCELLA AUERBACH, Esq.
                                    MATTHEW B. PAVONE, Esq.
                                    Attorneys for *Qui Tam* Plaintiff Joe Strom

STIPULATION AND [PROPOSED] ORDER GRANTING THE UNITED STATES
LEAVE TO FILE LEGAL MEMORANDUM IN EXCESS OF 15 PAGES - C 05-3004 CRB     1

```
                                          QUINN EMANUEL URQUHART
                                          OLIVER & HEDGES, LLP

Dated: October 20, 2009        By:   /s/ signature on file
                                     JOHN POTTER, Esq.

                                     Attorneys for Defendants Scios, Inc.
                                     and Johnson & Johnson
```

   IT IS SO ORDERED.


Dated:  October 20, 2009

HON. CHARLES R. BREYER
United States District Judge



STIPULATION AND [PROPOSED] ORDER GRANTING THE UNITED STATES
LEAVE TO FILE LEGAL MEMORANDUM IN EXCESS OF 15 PAGES - C 05-3004 CRB                    2