TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
               (415) 436-7102 (Arbuckle)
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov
    julie.arbuckle@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM, | No. C 05-3004 CRB |
| Plaintiffs, | STIPULATION TO STAY DISCOVERY; [PROPOSED] ORDER |
| v. | |
| SCIOS, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

STIPULATION TO STAY DISCOVERY; [PROPOSED] ORDER - C 05-3004 CRB

Plaintiffs (the United States of America and Relator Joe Strom) and Defendants (Scios, Inc. and Johnson & Johnson), through their undersigned counsel of record, hereby respectfully request and stipulate that the Court set a case management conference in February 2010, and stay the commencement of discovery in this case until after the conference.

1. This case is brought under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33. It was originally filed by Relator Strom pursuant to the *qui tam* provisions of the FCA. The United States intervened on February 11, 2009 and filed its complaint in intervention on June 11, 2009, superseding the complaint previously filed by Relator.

2. The Court held an initial case management conference on August 21, 2009, and ordered that discovery be stayed until November 20, 2009, the date that Defendants' motion to dismiss is to be heard.

3. The parties now request that a further case management conference be held on February 5, 2010, and that discovery be further stayed until that time.

4. The need for a further stay involves a matter which is not public, and the undersigned government attorneys are not authorized to disclose it publicly. Accordingly, the United States is concurrently seeking leave to submit a declaration in camera and under seal explaining the need for a further stay. The general substance of the declaration has been shared with Relator and Defendants, and neither Relator nor Defendants object to the United States' request to submit the declaration in camera and under seal.

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

//
//
//
//

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: November 6, 2009 | By: | /s/ *signature on file* <br> SARA WINSLOW <br> JULIE A. ARBUCKLE <br> Assistant United States Attorneys |
| 3 | | | |
| 4 | | | |
| 5 | Dated: November 6, 2009 | By: | /s/ *signature on file* <br> JOYCE R. BRANDA <br> PATRICIA R. DAVIS <br> RENÉE S. ORLEANS <br> Civil Division, U.S. Department of Justice |
| 6 | | | |
| 7 | | | Attorneys for the United States |
| 8 | | | |
| 9 | | | NOLAN & AUERBACH, P.A. <br> LAW OFFICES OF MATTHEW PAVONE |
| 10 | | | |
| 11 | Dated: November 3, 2009 | By: | /s/ *signature on file* <br> KENNETH J. NOLAN, Esq. <br> MARCELLA AUERBACH, Esq. <br> MATTHEW B. PAVONE, Esq. <br> Attorneys for *Qui Tam* Plaintiff Joe Strom |
| 12 | | | |
| 13 | | | |
| 14 | | | QUINN EMANUEL URQUHART <br> OLIVER & HEDGES, LLP |
| 15 | | | |
| 16 | Dated: November 5, 2009 | By: | /s/ *signature on file* <br> JOHN POTTER, Esq. |
| 17 | | | |
| 18 | | | Attorneys for Defendants Scios, Inc. <br> and Johnson & Johnson |

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. A further case management conference shall be held on February 5, 2010 at 8:30 a.m.

2. Discovery in this case shall be stayed until a further order is issued at the February 5, 2010 case management conference.

      IT IS SO ORDERED.

Dated: _____      _____
                                                                   HON. CHARLES R. BREYER
                                                                   United States District Judge