```
1  TONY WEST
   Assistant Attorney General
2
   JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
3  United States Attorney
   JOANN M. SWANSON (CA Bar No. 88143)
4  Chief, Civil Division
   SARA WINSLOW (DC Bar No. 457643)
5  JULIE A. ARBUCKLE (CA Bar No. 193425)
   Assistant United States Attorneys
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6925 (Winslow)
                  (415) 436-7102 (Arbuckle)
8      Facsimile:  (415) 436-6748
       sara.winslow@usdoj.gov
9      julie.arbuckle@usdoj.gov

10 JOYCE R. BRANDA
   PATRICIA R. DAVIS
11 RENÉE S. ORLEANS
   Attorneys
12 Civil Division
   United States Department of Justice
13     P.O. Box 261
       Ben Franklin Station
14     Washington, D.C. 20044
       Telephone: (202) 514-4504
15     Facsimile:  (202) 305-4117
       renee.orleans@usdoj.gov
16
   Attorneys for the United States of America
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* STROM, | ) | No. C 05-3004 CRB |
| | ) | |
| Plaintiffs, | ) | STIPULATION TO STAY DISCOVERY; |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| SCIOS, INC. and | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION TO STAY DISCOVERY; [PROPOSED] ORDER - C 05-3004 CRB

Plaintiffs (the United States of America and Relator Joe Strom) and Defendants (Scios, Inc. and Johnson & Johnson), through their undersigned counsel of record, hereby respectfully request and stipulate that the Court set a case management conference in February 2010, and stay the commencement of discovery in this case until after the conference.

1. This case is brought under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33. It was originally filed by Relator Strom pursuant to the *qui tam* provisions of the FCA. The United States intervened on February 11, 2009 and filed its complaint in intervention on June 11, 2009, superseding the complaint previously filed by Relator.

2. The Court held an initial case management conference on August 21, 2009, and ordered that discovery be stayed until November 20, 2009, the date that Defendants' motion to dismiss is to be heard.

3. The parties now request that a further case management conference be held on February 5, 2010, and that discovery be further stayed until that time.

4. The need for a further stay involves a matter which is not public, and the undersigned government attorneys are not authorized to disclose it publicly. Accordingly, the United States is concurrently seeking leave to submit a declaration in camera and under seal explaining the need for a further stay. The general substance of the declaration has been shared with Relator and Defendants, and neither Relator nor Defendants object to the United States' request to submit the declaration in camera and under seal.

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

//
//
//
//

| | | | |
|---|---|---|---|
| Dated: November 6, 2009 | | By: | /s/ *signature on file* |
| | | | SARA WINSLOW |
| | | | JULIE A. ARBUCKLE |
| | | | Assistant United States Attorneys |

Dated: November 6, 2009     By:     /s/ *signature on file*
JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
Civil Division, U.S. Department of Justice

Attorneys for the United States

NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: November 3, 2009     By:     /s/ *signature on file*
KENNETH J. NOLAN, Esq.
MARCELLA AUERBACH, Esq.
MATTHEW B. PAVONE, Esq.
Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

Dated: November 5, 2009     By:     /s/ *signature on file*
JOHN POTTER, Esq.

Attorneys for Defendants Scios, Inc.
and Johnson & Johnson

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. A further case management conference shall be held on February 5, 2010 at 8:30 a.m.

2. Discovery in this case shall be stayed until a further order is issued at the February 5, 2010 case management conference.

IT IS SO ORDERED.

Dated: _November 10, 2009_____          _____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION TO STAY DISCOVERY; [PROPOSED] ORDER - C 05-3004 CRB                    2