| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John M. Potter (Bar No. 165843) |
| 2 | johnpotter@quinnemanuel.com |
| | Josh A. Cohen (Bar No. 217853) |
| 3 | joshcohen@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 5 | Facsimile: (415) 875-6700 |
| 6 | Christopher Tayback (Bar No. 145532) |
| | christayback@quinnemanuel.com |
| 7 | Ashley E. Martabano (Bar No. 236357) |
| | ashleymartabano@quinnemanuel.com |
| 8 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017-2543 |
| 9 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |

Attorneys for Defendants
SCIOS, INC. AND JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND RESETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SCIOS INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

00459.50991/3268523.1

CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT & RESETTING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | **STIPULATION** |

WHEREAS the United States filed its Complaint in this matter on June 11, 2009; and

WHEREAS Defendants Scios, Inc. and Johnson & Johnson filed a motion to dismiss the Complaint on September 10, 2009; and

WHEREAS the Court issued an Order denying Defendants' motion to dismiss on December 23, 2009;

WHEREAS the parties, through their undersigned counsel, have agreed to extend the deadline by which Defendants must respond to the Complaint in light of the intervening holidays;

WHEREAS the parties, through their undersigned counsel, have further agreed to continue the case management conference so as to permit the parties to meet and confer and submit a case-management statement that reflects Defendants' response to the Complaint;

The undersigned counsel hereby stipulate and agree as follows:

(1) Defendants shall respond to the Complaint on or before January 15, 2010.

(2) The case management conference currently scheduled for February 5, 2010 shall be continued to February 19, 2010.

(3) The parties' case management statement shall be due on or before February 12, 2010.

IT IS SO STIPULATED.

Dated: January _6_, 2010        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By      */s/ Christopher Tayback*
           CHRISTOPHER TAYBACK

*Attorneys for Defendants Scios and Johnson & Johnson*

Dated: January_6_, 2010        By      */s/ Sara Winslow*
           SARA WINSLOW
           JULIE A. ARBUCKLE
           Assistant United States Attorneys

00459.50991/3268523.1

- 1 -    CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT & RESETTING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| Dated: January_6_, 2010 | By | /s/ Renee S. Orleans |
| | | JOYCE R. BRENDA |
| | | PATRICIA R. DAVIS |
| | | RENÉE S. ORLEANS |
| | | Civil Division, U.S. Department of Justice |

Dated: January_6_, 2010   NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE, Esq.

By  /s/ Marcella Auerbach
    MARCELLA AUERBACH

*Attorneys for Relator Joe Strom*

## ORDER

Based upon the stipulation of the parties, and for good cause shown, it is hereby ordered as follows:

(1) Defendants shall respond to the Complaint on or before January 15, 2010.

(2) The case management conference currently scheduled for February 5, 2010 is hereby continued to February 19, 2010 at 8:30 a.m.

(3) The parties' case management statement shall be filed on or before February 12, 2010.

IT IS SO ORDERED.

Dated: January_8, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

00459.50991/3268523.1

- 2 -   CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT & RESETTING CASE MANAGEMENT CONFERENCE