1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John M. Potter (Bar No. 165843)
2    johnpotter@quinnemanuel.com
     Josh A. Cohen (Bar No. 217853)
3    joshcohen@quinnemanuel.com
     50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6    Christopher Tayback (Bar No. 145532)
     christayback@quinnemanuel.com
7    Ashley E. Martabano (Bar No. 236357)
     ashleymartabano@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
9  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100

10

11 Attorneys for Defendants
   SCIOS, INC. AND JOHNSON & JOHNSON
12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 | UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB

18 |              Plaintiffs, | **STIPULATION AND [PROPOSED]**
                                **ORDER EXTENDING TIME FOR**
19 |          vs. | **DEFENDANTS TO RESPOND TO THE**
                  **COMPLAINT AND RESETTING CASE**
20 | SCIOS INC. and JOHNSON & JOHNSON, | **MANAGEMENT CONFERENCE**

21 |              Defendants.

22

23

24

25

26

27

28

00459.50991/3268523.1

1

**STIPULATION**

2      WHEREAS the United States filed its Complaint in this matter on June 11, 2009; and

3      WHEREAS Defendants Scios, Inc. and Johnson & Johnson filed a motion to dismiss the

4  Complaint on September 10, 2009; and

5      WHEREAS the Court issued an Order denying Defendants' motion to dismiss on

6  December 23, 2009;

7      WHEREAS the parties, through their undersigned counsel, have agreed to extend the

8  deadline by which Defendants must respond to the Complaint in light of the intervening holidays;

9      WHEREAS the parties, through their undersigned counsel, have further agreed to continue

10  the case management conference so as to permit the parties to meet and confer and submit a case-

11  management statement that reflects Defendants' response to the Complaint;

12      The undersigned counsel hereby stipulate and agree as follows:

13      (1) Defendants shall respond to the Complaint on or before January 15, 2010.

14      (2) The case management conference currently scheduled for February 5, 2010 shall be

15  continued to February 19, 2010.

16      (3) The parties' case management statement shall be due on or before February 12, 2010.

17      IT IS SO STIPULATED.

18  Dated:  January _6_, 2010              QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
19

20                                        By      /s/ Christopher Tayback
                                               CHRISTOPHER TAYBACK
21

22                                        *Attorneys for Defendants Scios and Johnson &*
                                          *Johnson*

23

24  Dated:  January_6_, 2010              By      /s/ Sara Winslow
                                               SARA WINSLOW
25                                             JULIE A. ARBUCKLE
                                               Assistant United States Attorneys
26

27

28

00459.50991/3268523.1
                                                      - 1 -              CASE NO. C 05-3004 CRB
                          STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT &
                                          RESETTING CASE MANAGEMENT CONFERENCE

1    Dated:  January_6_, 2010           By___/s/ Renee S. Orleans_____
2                                           JOYCE R. BRENDA
                                            PATRICIA R. DAVIS
3                                           RENÉE S. ORLEANS
                                            Civil Division, U.S. Department of Justice
4

5    Dated:  January_6_, 2010           NOLAN & AUERBACH, P.A.
                                        LAW OFFICES OF MATTHEW PAVONE, Esq.
6
                                        By___/s/ Marcella Auerbach_____
7                                           MARCELLA AUERBACH

8                                       *Attorneys for Relator Joe Strom*

9

10                                      **ORDER**

11        Based upon the stipulation of the parties, and for good cause shown, it is hereby ordered as

12   follows:

13        (1) Defendants shall respond to the Complaint on or before January 15, 2010.

14        (2) The case management conference currently scheduled for February 5, 2010 is hereby

15   continued to February 19, 2010 at 8:30 a.m.

16        (3) The parties' case management statement shall be filed on or before February 12, 2010.

17        IT IS SO ORDERED.

18

19   Dated:  January_8_, 2010

20                                      _____
                                        CHAR_____ IT IS SO ORDERED
21                                      UNITE_____
                                              Judge Charles R. Breyer
22

23

24

25

26

27

28

00459.50991/3268523.1

- 2 -                                    CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT &
RESETTING CASE MANAGEMENT CONFERENCE