| | |
|---|---|
| 1 | Keith G. Bremer, State Bar No. 155920 |
| | Alison K. Hurley, State Bar No. 234042 |
| 2 | BREMER WHYTE BROWN & O'MEARA LLP |
| | 20320 S.W. Birch Street |
| 3 | Second Floor |
| | Newport Beach, California 92660 |
| 4 | Telephone: (949) 221-1000 |
| | Facsimile: (949) 221-1001 |
| 5 | |
| 6 | Attorneys for Plaintiff, |
| | UNITED STATES, ex rel., STROM |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES, ex rel., STROM, et al., | ) | Case No. C-05-3004 CRB |
| Plaintiff, | ) | Judge: Hon. Charles R. Breyer |
| vs. | ) | **REQUEST FOR TELEPHONIC APPEARANCE** |
| SCIOS, INC. and JOHNSON & JOHNSON, INC., | ) | Date: March 12, 2010 |
| Defendant. | ) | Time: 8:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that Bremer Whyte Brown & O'Meara, LLP, counsel for Plaintiff, JOSEPH STROM, hereby requests permission to appear at the Case Management Conference scheduled for March 12, 2010 by telephone.

<u>Grounds</u>:

Bremer Whyte Brown & O'Meara, LLP's offices are located in the County of Orange, State of California. Due to the distance of several hundreds of miles between the location of the appearance in San Francisco and counsel's Orange County offices, Bremer Whyte Brown & O'Meara, LLP requests permission to appear telephonically.

Alison K. Hurley, (SBN:234042) of Bremer Whyte Brown & O'Meara may be contacted by phone at (949) 221-1000, extension 234.

Respectfully submitted,

Dated: March 8, 2010

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Keith G. Bremer
Alison K. Hurley
Attorneys for Plaintiff
UNITED STATES, ex rel., STROM

Signed: March 8, 2010

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

H:\3313\001\CF\REQ.TELEPHONIC.doc