1  Keith G. Bremer, State Bar No. 155920
   Alison K. Hurley, State Bar No. 234042
2  BREMER WHYTE BROWN & O'MEARA LLP
   20320 S.W. Birch Street
3  Second Floor
   Newport Beach, California 92660
4  Telephone:  (949) 221-1000
   Facsimile:  (949) 221-1001
5
   Attorneys for Plaintiff,
6  UNITED STATES, ex rel., STROM

7

8                    **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  UNITED STATES, ex rel., STROM, et al. )   Case No. C-05-3004 CRB
                                          )
12  ,                                     )   Judge: Hon. Charles R. Breyer
                                          )
                Plaintiff,                )
13                                        )   **REQUEST FOR TELEPHONIC**
        vs.                               )   **APPEARANCE**
14                                        )
    SCIOS, INC. and JOHNSON &             )   Date:   March 12, 2010
15  JOHNSON , INC. ,                      )   Time:   8:30 a.m.
                                          )
16              Defendant.                )
                                          )
17

18        TO ALL PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:

19        PLEASE TAKE NOTICE that Bremer Whyte Brown & O'Meara, LLP,

20  counsel for Plaintiff, JOSEPH STROM, hereby requests permission to appear at the

21  Case Management Conference scheduled for March 12, 2010 by telephone.

22        Grounds:

23        Bremer Whyte Brown & O'Meara, LLP's offices are located in the County of

24  Orange, State of California.  Due to the distance of several hundreds of miles

25  between the location of the appearance in San Francisco and counsel's Orange

26  County offices, Bremer Whyte Brown & O'Meara, LLP requests permission to

27  appear telephonically.

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

H:\3313\001\CF\REQ.TELEPHONIC.doc

1    Alison K. Hurley, (SBN:234042) of Bremer Whyte Brown & O'Meara may be

2  contacted by phone at (949) 221-1000, extension 234.

3    Respectfully submitted,

4  Dated:  March 8, 2010                    BREMER WHYTE BROWN & O'MEARA
                                            LLP
5

6                                           By:
7                                              Keith G. Bremer
                                               Alison K. Hurley
8                                              Attorneys for Plaintiff
                                               UNITED STATES, ex rel., STROM
9

10

11

12

13

14    Signed:  March 8, 2010

15

IT IS SO ORDERED

Judge Charles R. Breyer

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

REQUEST FOR TELEPHONIC APPEARANCE

H:\3313\001\CF\REQ.TELEPHONIC.doc