1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John M. Potter (Bar No. 165843)
2    johnpotter@quinnemanuel.com
     Josh A. Cohen (Bar No. 217853)
3    joshcohen@quinnemanuel.com
     50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6    Christopher Tayback (Bar No. 145532)
     christayback@quinnemanuel.com
7    Ashley E. Martabano (Bar No. 236357)
     ashleymartabano@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
9  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100

Attorneys for Defendants
SCIOS, INC. AND JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: FILING OF SECOND AMENDED ANSWER** |
| vs. | |
| SCIOS, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

# STIPULATION

WHEREAS the United States filed its Complaint in this matter on June 11, 2009;

WHEREAS Defendants Scios, Inc. and Johnson & Johnson filed a First Amended Answer on February 5, 2010;

WHEREAS the First Amended Answer contains an Eleventh Affirmative Defense of reliance on advice of counsel;

WHEREAS Defendants have elected to dismiss and/or waive with prejudice the Eleventh Affirmative Defense of reliance on advice of counsel;

The undersigned counsel hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants shall be permitted to file a Second Amended Answer to the United States' Complaint that removes the Eleventh Affirmative Defense of reliance on advice of counsel.

IT IS SO STIPULATED.

Dated: March 16, 2010          QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP

                               By   */s/ Christopher Tayback*
                                    CHRISTOPHER TAYBACK

                               *Attorneys for Defendants Scios, Inc. and Johnson & Johnson*


Dated: March 16, 2010          By   */s/ Sara Winslow*
                                    SARA WINSLOW
                                    JULIE A. ARBUCKLE
                                    Assistant United States Attorneys

| | | |
|---|---|---|
| Dated: March 16, 2010 | By | /s/ Renee Orleans |
| | | RENÉE S. ORLEANS |
| | | KIMBERLY FRIDAY |
| | | Civil Division, U.S. Department of Justice |

| | |
|---|---|
| Dated: March 16, 2010 | NOLAN & AUERBACH, P.A. |
| | LAW OFFICES OF MATTHEW PAVONE, Esq. |
| | By  /s/ Matthew Pavone |
| | MATTHEW PAVONE |
| | *Attorneys for Relator Joe Strom* |

**ORDER**

Pursuant to stipulation, it is so ordered. Defendants may file their Second Amended Answer. Defendants' Eleventh Affirmative Defense of reliance on advice of counsel is waived and dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 23, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*