1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John M. Potter (Bar No. 165843)
2  johnpotter@quinnemanuel.com
   Josh A. Cohen (Bar No. 217853)
3  joshcohen@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6    Christopher Tayback (Bar No. 145532)
     christayback@quinnemanuel.com
7    Ashley E. Martabano (Bar No. 236357)
     ashleymartabano@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
9  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
10

11 Attorneys for Defendants
   SCIOS, INC. AND JOHNSON & JOHNSON
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| 18              Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| 19         vs. | **ORDER RE: FILING OF SECOND AMENDED ANSWER** |
| 20  SCIOS, INC. and JOHNSON & JOHNSON, | |
| 21              Defendants. | |

# STIPULATION

WHEREAS the United States filed its Complaint in this matter on June 11, 2009;

WHEREAS Defendants Scios, Inc. and Johnson & Johnson filed a First Amended Answer on February 5, 2010;

WHEREAS the First Amended Answer contains an Eleventh Affirmative Defense of reliance on advice of counsel;

WHEREAS Defendants have elected to dismiss and/or waive with prejudice the Eleventh Affirmative Defense of reliance on advice of counsel;

The undersigned counsel hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants shall be permitted to file a Second Amended Answer to the United States' Complaint that removes the Eleventh Affirmative Defense of reliance on advice of counsel.

IT IS SO STIPULATED.

Dated: March 16, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Christopher Tayback*
         CHRISTOPHER TAYBACK

*Attorneys for Defendants Scios, Inc. and Johnson & Johnson*

Dated: March 16, 2010          By     */s/ Sara Winslow*
         SARA WINSLOW
         JULIE A. ARBUCKLE
         Assistant United States Attorneys

| | | |
|---|---|---|
| Dated: March 16, 2010 | By | /s/ Renee Orleans |
| | | RENÉE S. ORLEANS |
| | | KIMBERLY FRIDAY |
| | | Civil Division, U.S. Department of Justice |

| | |
|---|---|
| Dated: March 16, 2010 | NOLAN & AUERBACH, P.A. |
| | LAW OFFICES OF MATTHEW PAVONE, Esq. |
| | |
| | By   /s/ Matthew Pavone |
| | MATTHEW PAVONE |

*Attorneys for Relator Joe Strom*

**ORDER**

Pursuant to stipulation, it is so ordered. Defendants may file their Second Amended Answer. Defendants' Eleventh Affirmative Defense of reliance on advice of counsel is waived and dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 23, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)