TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
                (415) 436-7102 (Arbuckle)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov
    julie.arbuckle@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM,<br><br>    Plaintiffs,<br><br>v.<br><br>SCIOS, INC. and<br>JOHNSON & JOHNSON,<br><br>    Defendants. | No. C 05-3004 CRB<br><br>**STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>CMC Date:    April 9, 2010<br>Time:    8:30 a.m.<br><br>Courtroom 8, 19th Floor |

        Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, through their undersigned counsel of record, hereby stipulate

STIPULATION, No. C 05-3004 CRB

and agree as follows:

1. At the March 12, 2010 case management conference, the Court ordered a phased discovery schedule, with the first phase limited to two issues: (1) Defendants' affirmative defense of reliance on advice of counsel; and (2) Johnson & Johnson's liability as a corporate entity.

2. Defendants have filed a Second Amended Answer that withdraws and waives any right to assert the defense of reliance on advice of counsel.

3. Defendant Johnson & Johnson hereby agrees to guarantee and indemnify any judgment against Defendant Scios, Inc. or any settlement amount agreed to between Plaintiffs and Defendant Scios, Inc. in the above-captioned case.

4. Plaintiffs will continue to pursue discovery regarding Johnson & Johnson's alleged direct liability under the False Claims Act and the common law theory of unjust enrichment.

5. Given the withdrawal of the advice of counsel defense and the payment guarantee by Johnson & Johnson, the parties agree that phased discovery is no longer necessary.

6. The parties agree that all parties may take discovery on all issues in the case beginning on the date of this Order.

7. The parties agree that each side (Plaintiffs and Defendants) may take up to 60 depositions of fact witnesses.

8. The parties request the following discovery schedule:

| | |
|---|---|
| Fact discovery cut-off: | Sept. 30, 2011 |
| Designation of experts: | October 31, 2011 |
| Designation of rebuttal experts: | November 30, 2011 |
| Expert discovery cut-off: | January 31, 2012 |
| Dispositive motions - last day for hearing: | April 6, 2012 |

9. Defendants requested, and the Court scheduled, a further case management conference on April 9, 2010 to discuss revising the discovery plan. Given the parties' agreement on a new discovery plan, we now request that, if the Court agrees with the parties' stipulated discovery

STIPULATION, No. C 05-3004 CRB                 1

plan, the April 9 case management conference be vacated. Should the Court disagree with the parties' stipulated discovery plan, we request that the case management conference be held as scheduled in order for the parties and the Court to discuss the plan.

IT IS SO STIPULATED.

                                          Respectfully submitted,

                                          TONY WEST
                                          Assistant Attorney General

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated: April 2, 2010          By:    /s/ *signature on file*
                                          SARA WINSLOW
                                          JULIE A. ARBUCKLE
                                          Assistant United States Attorneys

Dated: April 2, 2010          By:    /s/ *signature on file*
                                          JOYCE R. BRANDA
                                          PATRICIA R. DAVIS
                                          RENÉE S. ORLEANS
                                          KIMBERLY I. FRIDAY
                                          Civil Division, U.S. Department of Justice

                                          Attorneys for the United States
                                          NOLAN & AUERBACH, P.A.
                                          LAW OFFICES OF MATTHEW PAVONE

Dated: April 2, 2010          By:    /s/ *signature on file*
                                          KENNETH J. NOLAN, Esq.
                                          MARCELLA AUERBACH, Esq.
                                          MATTHEW B. PAVONE, Esq.
                                          Attorneys for *Qui Tam* Plaintiff Joe Strom


                                          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Dated: April 2, 2010          By:    /s/ *signature on file*
                                            CHRISTOPHER TAYBACK, Esq.
                                          Attorneys for Defendants Scios, Inc. and Johnson & Johnson Inc.

**[PROPOSED] ORDER**

Pursuant to stipulation, the discovery plan for this case shall be as set out above, and the case management conference scheduled for April 9, 2010 is hereby vacated.

IT IS SO ORDERED.

Dated: __April 2, 2010_____     _____
HONORABLE CHARLES R. BREYER
United States District Judge



STIPULATION, No. C 05-3004 CRB                      3