TONY WEST
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
                 (415) 436-7102 (Arbuckle)
                 (415) 436-7314 (Green)
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM, | ) No. C 05-3004 CRB (JSC) |
| Plaintiffs, | ) **STIPULATION AND REQUEST TO CONTINUE HEARING ON UNITED STATES' MOTION TO COMPEL CROSS-EXAMINATION OF DEPOSITION WITNESS RICHARD BREWER; [~~PROPOSED~~] ORDER** |
| v. | |
| SCIOS, INC. and JOHNSON & JOHNSON, | |
| Defendants. | ) Date: June 2, 2011<br>) Time: 9:00 a.m.<br>) Courtroom D, 15th Floor<br>) Magistrate Judge Jacqueline Scott Corley |

STIP. TO CONTINUE HEARING, No. C 05-3004 CRB (JSC)

1 | Plaintiffs, the United States of America and Relator Joe Strom; Defendants, Scios, Inc. and Johnson & Johnson; and Third-Party Witness Richard Brewer, through their undersigned counsel of record, hereby stipulate and agree as follows:

2. 1. The hearing on the United States' Motion to Compel Cross-Examination of Deposition Witness Richard Brewer (Dkt. No. 94) was previously set for June 8, 2011 and was reset for June 2, 2011 after being reassigned to Magistrate Judge Jacqueline Scott Corley.

3. 2. The undersigned government counsel is unavailable to appear for the hearing on June 2, 2011 due to previously scheduled business travel.

4. 3. Counsel for the parties are all available to attend the hearing if it is continued to June 9, 2011.

5. 4. Counsel for Mr. Brewer are available to attend the hearing telephonically on June 9, 2011.

6. 5. Accordingly, we request that the hearing be continued to June 9, 2011 and that counsel for Mr. Brewer be permitted to participate by telephone (via attorney Kip Mendrygal, direct dial 214-740-8106).

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: May 25, 2011    By:   /s/ *signature on file*
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

Dated: May 25, 2011    By:   /s/ *signature on file*
JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States of America

STIP. TO CONTINUE HEARING, No. C 05-3004 CRB (JSC)        1

|   |   |   |   |
|---|---|---|---|
|   |   | NOLAN & AUERBACH, P.A. | |
|   |   | LAW OFFICES OF MATTHEW PAVONE | |
| Dated: May 25, 2011 | By: | /s/ *signature on file* | |
|   |   | KENNETH J. NOLAN | |
|   |   | MARCELLA AUERBACH | |
|   |   | MATTHEW B. PAVONE | |

Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART OLIVER
& SULLIVAN, LLP

Dated: May 26, 2011     By:     /s/ *signature on file*
                                 JOHN POTTER

Attorneys for Defendants Scios, Inc. and Johnson & Johnson Inc.

FISH & RICHARDSON PC

Dated: May 26, 2011     By:     /s/ *signature on file*
                                 WILLIAM B. MATEJA

LOCKE LORD BISSELL & LIDDELL, LLP

Dated: May 26, 2011     By:     /s/ *signature on file*
                                 CHRISTOPHER J. BLAKES
                                 KIP E. MENDRYGAL

Attorneys for Third-Party Witness Richard Brewer

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, the hearing on the United States' Motion to Compel Cross-Examination of Deposition Witness Richard Brewer (Dkt. No. 94) is continued from June 2, 2011 to June 9, 2011 at 9:00 a.m. in Courtroom D, 15th Floor, San Francisco, before Magistrate Judge Jacqueline Scott Corley. Counsel for Mr. Brewer may appear telephonically.

IT IS SO ORDERED.

Dated: May 27, 2011                    _/s/ Jacqueline S. Corley_____
                                        JACQUELINE SCOTT CORLEY
                                        United States Magistrate Judge