| | |
|---|---|
| 1 | TONY WEST<br>Assistant Attorney General |
| 2 | |
| 3 | JOSHUA B. EATON (CA Bar No. 196887)<br>Attorney for the United States,<br>Acting Under Authority Conferred by 28 U.S.C. §515 |
| 4 | JOANN M. SWANSON (CA Bar No. 88143)<br>Chief, Civil Division |
| 5 | SARA WINSLOW (DC Bar No. 457643)<br>JULIE A. ARBUCKLE (CA Bar No. 193425) |
| 6 | THOMAS R. GREEN (CA Bar No. 203480)<br>Assistant United States Attorneys |
| 7 |    450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102 |
| 8 |    Telephone: (415) 436-6925 (Winslow)<br>             (415) 436-7102 (Arbuckle) |
| 9 |              (415) 436-7314 (Green)<br>   Facsimile: (415) 436-6748 |
| 10 |    sara.winslow@usdoj.gov |
| 11 | JOYCE R. BRANDA<br>PATRICIA R. DAVIS |
| 12 | RENÉE S. ORLEANS<br>KIMBERLY I. FRIDAY |
| 13 | Attorneys<br>Civil Division |
| 14 | United States Department of Justice<br>   P.O. Box 261 |
| 15 |    Ben Franklin Station<br>   Washington, D.C. 20044 |
| 16 |    Telephone: (202) 514-4504<br>   Facsimile: (202) 305-4117 |
| 17 |    renee.orleans@usdoj.gov |
| 18 | Attorneys for the United States of America |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* STROM, | ) | No. C 05-3004 CRB |
| | ) | |
|     Plaintiffs, | ) | **STIPULATION REGARDING EXPERT** |
| | ) | **DISCOVERY; [PROPOSED] ORDER** |
|    v. | ) | |
| | ) | |
| SCIOS, INC. and | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
|     Defendants. | ) | |

---

STIPULATION REGARDING EXPERT DISCOVERY, No. C 05-3004 CRB

Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, through their undersigned counsel of record, hereby stipulate and agree that the 2010 revisions to Federal Rule of Civil Procedure 26(a)(2) and (b)(4) regarding expert discovery apply in this case.

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: August 15, 2011      By:      /S/
                                     SARA WINSLOW
                                     JULIE A. ARBUCKLE
                                     THOMAS R. GREEN
                                     Assistant United States Attorneys

Dated: August 15, 2011      By:      /S/
                                     JOYCE R. BRANDA
                                     PATRICIA R. DAVIS
                                     RENÉE S. ORLEANS
                                     KIMBERLY I. FRIDAY
                                     Civil Division, U.S. Department of Justice

                                     Attorneys for the United States

                                     NOLAN & AUERBACH, P.A.
                                     LAW OFFICES OF MATTHEW PAVONE

Dated: July 18, 2011        By:      /S/
                                     KENNETH J. NOLAN, Esq.
                                     MARCELLA AUERBACH, Esq.
                                     MATTHEW B. PAVONE, Esq.
                                     Attorneys for *Qui Tam* Plaintiff Joe Strom

                                     QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

Dated: August 8, 2011       By:      /S/
                                     JOHN POTTER, Esq.
                                     ASHLEY MARTABANO, Esq.
                                     Attorneys for Defendants Scios, Inc. and
                                     Johnson & Johnson Inc.

STIPULATION REGARDING EXPERT DISCOVERY, No. C 05-3004 CRB    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _Aug. 18, 2011_ _____
HONORABLE CHARLES R. BREYER
United States District Judge



STIPULATION REGARDING EXPERT DISCOVERY, No. C 05-3004 CRB    2