IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES ex rel. STROM,

    Plaintiffs,

    v.

SCIOS, INC. and JOHNSON & JOHNSON,

    Defendants.
_____/

No. C05-3004 CRB (JSC)

**ORDER RE: SEPTEMBER 13, 2011 HEARING ON DISCOVERY DISPUTE**

    The parties' joint letter to the Court dated August 29, 2011 refers to deposition testimony which each party believes is relevant to the privilege question currently pending before the Court (and scheduled to be heard by the Court on Tuesday, September 13, 2011 at 2:00 p.m.). On or before Friday, September 9, 2011 each party shall file with the Court (and serve on all parties) copies of the relevant portions of such deposition transcripts.

    **IT IS SO ORDERED.**

Dated: September 6, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE