United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES ex rel. STROM,

        Plaintiffs,

  v.

SCIOS, INC. and JOHNSON & JOHNSON,

        Defendants.

_____/

No. C05-3004 CRB (JSC)

**ORDER RE: DR. LIPICKY TRANSCRIPT**

      The Court is in receipt of the parties' joint letter of October 5, 2011.  The deposition transcript excerpts referred to by Plaintiff are attached to Docket No. 137; however, as Defendants have not yet responded to Plaintiff's Motion for Relief the Court does not appear to have the excerpts to which Defendant refers in the letter.  Accordingly, the parties are directed to file a copy of Dr. Lipicky's deposition transcript with the Court on or before October 11, 2011.

      **IT IS SO ORDERED.**

Dated:  October 6, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California