1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John M. Potter (Bar No. 165843)
2    johnpotter@quinnemanuel.com
     Diane M. Doolittle (Bar No. 142046)
3    dianedoolittle@quinnemanuel.com
     Elizabeth A. Morgan (Bar No. 270824)
4    elizabethmorgan@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California  94111
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7    Christopher Tayback (Bar No. 145532)
     christayback@quinnemanuel.com
8    Ashley E. Martabano (Bar No. 236357)
     ashleymartabano@quinnemanuel.com
9  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
10 Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100

Attorneys for Defendants
JOHNSON & JOHNSON AND SCIOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH THE PARTIES MUST MOVE TO COMPEL FACT-RELATED DISCOVERY AND FOR EXPERT DISCOVERY** |
| SCIOS INC. and JOHNSON & JOHNSON, | |
| Defendants. | |
| | Trial Date:    None Set |

00459.50991/4384381.1

CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

1   WHEREAS, the United States filed its Complaint in this matter on June 11, 2009; and

2   WHEREAS, the fact-discovery cutoff in this case was September 30, 2011; and

3   WHEREAS, pursuant to Local Rule 37-3, the deadline by which the parties must move to
4   compel on any fact-discovery related issues is currently October 7, 2011; and

5   WHEREAS, the court requires the party to submit joint discovery letters no longer than
6   five pages in place of traditional discovery motions; and

7   WHEREAS, the United States sought an extension of time in which to respond to
8   Defendants' Fourth Set of Interrogatories; and

9   WHEREAS, the Defendants agreed to such extension on the condition that the parties
10  stipulate and agree to extend Defendants' deadline to seek relief regarding the United States'
11  Responses to Defendants' Fourth Set of Interrogatories until October 28, 2011; and

12  WHEREAS, the United States has agreed to supplement its Responses to Defendants'
13  Fourth Set of Interrogatories, Nos. 10-13, by Friday, October 7, 2011; and

14  WHEREAS, the United States has agreed to provide further information relating to its
15  assertion of the deliberative process privilege; and

16  WHEREAS, the parties, through their undersigned counsel, have agreed that Defendants
17  shall have until seven calendar days after the United States provides such additional information to
18  notify the United States that they intend to ask the Court to overturn the privilege; upon
19  notification, Defendants will then have seven calendar days to provide their portion of the joint
20  discovery letter relating to the deliberative process privilege; the United States will then have
21  seven calendar days to provide its responsive portion; and the parties will have an additional seven
22  calendar days to make any final revisions; and

23  WHEREAS, the parties, through their undersigned counsel, met and conferred about all
24  outstanding discovery issues on October 3, 2011, including the parties' September 30, 2011
25  responses to various discovery requests, and have further agreed to the following briefing schedule
26  for any discovery letters to be filed with the court on any issues about which the parties met and
27  conferred on October 3, 2011:

28  Moving Party to provide its portion to Opposing Party by October 12, 2011;

00459.50991/4384381.1

- 1 -   CASE NO. C 05-3004 CRB
STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

1    Opposing Party to provide its responsive portion to Moving Party by October 21, 2011;

2    Moving Party to make any final revisions and provide to Opposing Party for finalization

3 by October 25, 2011;

4    Moving Party shall file with the Court by October 28, 2011.

5    WHEREAS, the parties, recognizing the impact of this schedule on the pending expert

6 discovery deadlines, through their undersigned counsel, have agreed and stipulated to change the

7 expert disclosure deadlines to the following:

8            Designation of Experts                November 30, 2011

9            Designation of Rebuttal Experts         January 6, 2012

10           Expert discovery cut-off                February 3, 2012

11   IT IS HEREBY ORDERED THAT:

12   Defendants shall have until October 28, 2011 to seek relief relating to the United States'

13 Responses to Defendants' Fourth Set of Interrogatories, Nos. 10-13; and

14   IT IS FURTHER ORDERED THAT:

15   With respect to the United States' assertions of deliberative process privilege, Defendants

16 shall have until seven calendar days after the United States provides States provides additional

17 information to notify the United States that they intend to ask the Court to overturn the privilege;

18 upon notification, Defendants will then have seven calendar days to provide their portion of the

19 joint discovery letter relating to the deliberative process privilege; the United States will then have

20 seven calendar days to provide its responsive portion; and the parties will have an additional seven

21 calendar days to make any final revisions; and

22   IT IS FURTHER ORDERED THAT:

23   The Parties shall file any outstanding motions to compel fact-related discovery on issues

24 about which the parties met and conferred on October 3, 2011, according to the schedule set forth

25 above.

26   IT IS FURTHER ORDERED THAT:

27   The expert disclosure deadlines in the case shall be the following:

28            Designation of Experts                November 30, 2011

00459.50991/4384381.1

- 2 -                CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

| | |
|---|---|
| Designation of Rebuttal Experts | January 6, 2012 |
| Expert discovery cut-off | February 3, 2012 |

IT IS SO ORDERED.

Dated: October 7, 2011

                                          *[signature: Jacqueline S. Corley]*
Hon. Jacqueline Scott Corley
United States Magistrate Judge

Dated: October 6, 2011                QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

                                         By      */s/ signature on file*
                                                        John M. Potter

                                         *Attorneys for Defendants Johnson & Johnson Inc. and Scios Inc.*

Dated: October 6, 2011                By      */s/ signature on file*
                                                    SARA WINSLOW
                                                    JULIE A. ARBUCKLE
                                           Assistant United States Attorneys

Dated: October 6, 2011                By      */s/ signature on file*
                                                   JOYCE R. BRENDA
                                                   PATRICIA R. DAVIS
                                                   RENÉE S. ORLEANS
                                          Civil Division, U.S. Department of Justice

                                       *Attorneys for the United States*

00459.50991/4384381.1

- 3 -        CASE NO. C 05-3004 CRB
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

1  Dated: October 6, 2011          NOLAN & AUERBACH, P.A.
                                   LAW OFFICES OF MATTHEW PAVONE, Esq.
2
3                                  By____*/s/ signature on file*____
                                        MATTHEW PAVONE
4
                                   *Attorneys for Qui Tam Plaintiff Joe Strom*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00459.50991/4384381.1

- 4 -          CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY