QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Elizabeth A. Morgan (Bar No. 270824)
  elizabethmorgan@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Christopher Tayback (Bar No. 145532)
  christayback@quinnemanuel.com
  Ashley E. Martabano (Bar No. 236357)
  ashleymartabano@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendants
JOHNSON & JOHNSON AND SCIOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH THE PARTIES MUST MOVE TO COMPEL FACT-RELATED DISCOVERY AND FOR EXPERT DISCOVERY** |
| SCIOS INC. and JOHNSON & JOHNSON, | |
| Defendants. | |
| | Trial Date:    None Set |

00459.50991/4384381.1

CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

1     WHEREAS, the United States filed its Complaint in this matter on June 11, 2009; and

2     WHEREAS, the fact-discovery cutoff in this case was September 30, 2011; and

3     WHEREAS, pursuant to Local Rule 37-3, the deadline by which the parties must move to
4 compel on any fact-discovery related issues is currently October 7, 2011; and

5     WHEREAS, the court requires the party to submit joint discovery letters no longer than
6 five pages in place of traditional discovery motions; and

7     WHEREAS, the United States sought an extension of time in which to respond to
8 Defendants' Fourth Set of Interrogatories; and

9     WHEREAS, the Defendants agreed to such extension on the condition that the parties
10 stipulate and agree to extend Defendants' deadline to seek relief regarding the United States'
11 Responses to Defendants' Fourth Set of Interrogatories until October 28, 2011; and

12     WHEREAS, the United States has agreed to supplement its Responses to Defendants'
13 Fourth Set of Interrogatories, Nos. 10-13, by Friday, October 7, 2011; and

14     WHEREAS, the United States has agreed to provide further information relating to its
15 assertion of the deliberative process privilege; and

16     WHEREAS, the parties, through their undersigned counsel, have agreed that Defendants
17 shall have until seven calendar days after the United States provides such additional information to
18 notify the United States that they intend to ask the Court to overturn the privilege; upon
19 notification, Defendants will then have seven calendar days to provide their portion of the joint
20 discovery letter relating to the deliberative process privilege; the United States will then have
21 seven calendar days to provide its responsive portion; and the parties will have an additional seven
22 calendar days to make any final revisions; and

23     WHEREAS, the parties, through their undersigned counsel, met and conferred about all
24 outstanding discovery issues on October 3, 2011, including the parties' September 30, 2011
25 responses to various discovery requests, and have further agreed to the following briefing schedule
26 for any discovery letters to be filed with the court on any issues about which the parties met and
27 conferred on October 3, 2011:

28     Moving Party to provide its portion to Opposing Party by October 12, 2011;

00459.50991/4384381.1

- 1 -                                      CASE NO. C 05-3004 CRB
STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

1    Opposing Party to provide its responsive portion to Moving Party by October 21, 2011;

2    Moving Party to make any final revisions and provide to Opposing Party for finalization
3 by October 25, 2011;

4    Moving Party shall file with the Court by October 28, 2011.

5    WHEREAS, the parties, recognizing the impact of this schedule on the pending expert
6 discovery deadlines, through their undersigned counsel, have agreed and stipulated to change the
7 expert disclosure deadlines to the following:

8    Designation of Experts              November 30, 2011
9    Designation of Rebuttal Experts     January 6, 2012
10   Expert discovery cut-off            February 3, 2012

11   IT IS HEREBY ORDERED THAT:

12   Defendants shall have until October 28, 2011 to seek relief relating to the United States'
13 Responses to Defendants' Fourth Set of Interrogatories, Nos. 10-13; and

14   IT IS FURTHER ORDERED THAT:

15   With respect to the United States' assertions of deliberative process privilege, Defendants
16 shall have until seven calendar days after the United States provides States provides additional
17 information to notify the United States that they intend to ask the Court to overturn the privilege;
18 upon notification, Defendants will then have seven calendar days to provide their portion of the
19 joint discovery letter relating to the deliberative process privilege; the United States will then have
20 seven calendar days to provide its responsive portion; and the parties will have an additional seven
21 calendar days to make any final revisions; and

22   IT IS FURTHER ORDERED THAT:

23   The Parties shall file any outstanding motions to compel fact-related discovery on issues
24 about which the parties met and conferred on October 3, 2011, according to the schedule set forth
25 above.

26   IT IS FURTHER ORDERED THAT:

27   The expert disclosure deadlines in the case shall be the following:

28   Designation of Experts              November 30, 2011

| | |
|---|---|
| Designation of Rebuttal Experts | January 6, 2012 |
| Expert discovery cut-off | February 3, 2012 |

IT IS SO ORDERED.

Dated: October _7_, 2011

                                         *Jacqueline S. Corley*
                                         Hon. Jacqueline Scott Corley
                                         United States Magistrate Judge

Dated: October 6, 2011                 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                           By       */s/ signature on file*
                                                             John M. Potter

                                           *Attorneys for Defendants Johnson & Johnson Inc. and Scios Inc.*

Dated: October 6, 2011                 By       */s/ signature on file*
                                                              SARA WINSLOW
                                                             JULIE A. ARBUCKLE
                                           Assistant United States Attorneys

Dated: October 6, 2011                 By       */s/ signature on file*
                                                            JOYCE R. BRENDA
                                                             PATRICIA R. DAVIS
                                                             RENÉE S. ORLEANS
                                           Civil Division, U.S. Department of Justice

                                           *Attorneys for the United States*

00459.50991/4384381.1

- 3 -                 CASE NO. C 05-3004 CRB
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY

| | | |
|---|---|---|
| 1 | Dated: October 6, 2011 | NOLAN & AUERBACH, P.A.<br>LAW OFFICES OF MATTHEW PAVONE, Esq. |
| 2 | | |
| 3 | | By _____ /s/ signature on file _____<br>            MATTHEW PAVONE |
| 4 | | |
| 5 | | *Attorneys for Qui Tam Plaintiff Joe Strom* |

00459.50991/4384381.1

- 4 -     CASE NO. C 05-3004 CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH
PARTIES MUST MOVE TO COMPEL AND FOR EXPERT DISCOVERY