TONY WEST
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
              (415) 436-7102 (Arbuckle)
              (415) 436-7314 (Green)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile: (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM, | No. C 05-3004 CRB (JSC) |
| Plaintiffs, | **STIPULATION REGARDING THE UNITED STATES' REQUESTS FOR PRODUCTION 109-111; [PROPOSED] ORDER** |
| v. | |
| SCIOS, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

1    WHEREAS Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, (collectively the "Parties") through their undersigned counsel, have been continuing to meet and confer regarding the remaining discovery disputes in this case, including, but not limited to whether Defendants Scios, Inc. and Johnson & Johnson ("Defendants") should be required to produce certain financial documents in response to the United States' Requests for Production of Documents Nos. 109, 110, and 111.

WHEREAS on October 24, 2011, the Parties reached an agreement regarding these Requests for Production of Documents and which documents Defendants will produce in response to the Requests.

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

(1) Defendants agree that all of the documents that have been produced or that may be produced pursuant to the Parties' October 24, 2011 agreement are authentic pursuant to Fed. R. Evid. 901 in that they are what they purport to be, and that they will not challenge the authenticity of such documents in this action.

(2) All of the document productions that may be made pursuant to the Parties' October 24, 2011 agreement will be made as soon as possible, and no later than December 1, 2011. If any additional discovery issues arise regarding the productions pursuant to the Parties' October 24, 2011 agreement, the United States shall have three weeks after the date all productions are complete to meet and confer with Defendants regarding such issues and to provide its portion of any joint discovery letter(s) to the Court relating to such issues. Defendants will then have seven days to provide their responsive portion, and the parties will have an additional seven days to make any final revisions and file the joint letter(s).

///
///
///
///
///

(3) Based on the foregoing, the United States will not file the joint letter it sent Defendants regarding the discovery dispute described above.

IT IS SO STIPULATED.

                                        Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: October 27, 2011    By:       /S/
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

Dated: October 27, 2011    By:       /S/
JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States
NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: October 27, 2011    By:       /S/
KENNETH J. NOLAN, Esq.
MARCELLA AUERBACH, Esq.
Pro Hac Vice
MATTHEW B. PAVONE, Esq.
Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: October 27, 2011    By:       /S/
CHRISTOPHER TAYBACK, Esq.
ASHLEY MARTABANO, Esq.
Attorneys for Defendants Scios, Inc. and
Johnson & Johnson Inc.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 28, 2011                   /s/ Jacqueline S. Corley
JACQUELINE SCOTT CORLEY
United States Magistrate Judge