1  TONY WEST
   Assistant Attorney General
2
   JOSHUA B. EATON (CA Bar No. 196887)
3  Attorney for the United States,
   Acting Under Authority Conferred by 28 U.S.C. §515
4  JOANN M. SWANSON (CA Bar No. 88143)
   Chief, Civil Division
5  SARA WINSLOW (DC Bar No. 457643)
   JULIE A. ARBUCKLE (CA Bar No. 193425)
6  THOMAS R. GREEN (CA Bar No. 203480)
   Assistant United States Attorneys
7      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
8      Telephone: (415) 436-6925 (Winslow)
                  (415) 436-7102 (Arbuckle)
9                 (415) 436-7314 (Green)
       Facsimile:  (415) 436-6748
10     sara.winslow@usdoj.gov

11 JOYCE R. BRANDA
   PATRICIA R. DAVIS
12 RENÉE S. ORLEANS
   KIMBERLY I. FRIDAY
13 Attorneys
   Civil Division
14 United States Department of Justice
       P.O. Box 261
15     Ben Franklin Station
       Washington, D.C. 20044
16     Telephone: (202) 514-4504
       Facsimile:  (202) 305-4117
17     renee.orleans@usdoj.gov

18 Attorneys for the United States of America

19             UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22 UNITED STATES *ex rel.* STROM,        )  No. C 05-3004 CRB (JSC)
                                          )
23         Plaintiffs,                    )  **STIPULATION REGARDING THE**
                                          )  **UNITED STATES' REQUESTS FOR**
24    v.                                  )  **PRODUCTION 109-111; [PROPOSED]**
                                          )  **ORDER**
25 SCIOS, INC. and                        )
   JOHNSON & JOHNSON,                     )
26                                        )
           Defendants.                    )
27 _____)

28

WHEREAS Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, (collectively the "Parties") through their undersigned counsel, have been continuing to meet and confer regarding the remaining discovery disputes in this case, including, but not limited to whether Defendants Scios, Inc. and Johnson & Johnson ("Defendants") should be required to produce certain financial documents in response to the United States' Requests for Production of Documents Nos. 109, 110, and 111.

WHEREAS on October 24, 2011, the Parties reached an agreement regarding these Requests for Production of Documents and which documents Defendants will produce in response to the Requests.

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

(1) Defendants agree that all of the documents that have been produced or that may be produced pursuant to the Parties' October 24, 2011 agreement are authentic pursuant to Fed. R. Evid. 901 in that they are what they purport to be, and that they will not challenge the authenticity of such documents in this action.

(2) All of the document productions that may be made pursuant to the Parties' October 24, 2011 agreement will be made as soon as possible, and no later than December 1, 2011.  If any additional discovery issues arise regarding the productions pursuant to the Parties' October 24, 2011 agreement, the United States shall have three weeks after the date all productions are complete to meet and confer with Defendants regarding such issues and to provide its portion of any joint discovery letter(s) to the Court relating to such issues.  Defendants will then have seven days to provide their responsive portion, and the parties will have an additional seven days to make any final revisions and file the joint letter(s).

///

///

///

///

///

1    (3) Based on the foregoing, the United States will not file the joint letter it sent

2    Defendants regarding the discovery dispute described above.

3    IT IS SO STIPULATED.

4                                    Respectfully submitted,

5                                    TONY WEST
                                     Assistant Attorney General
6
                                     JOSHUA B. EATON
7                                    Attorney for the United States, Acting
                                     Under Authority Conferred by 28 U.S.C. §515
8
     Dated: October 27, 2011    By:  _____/S/_____
9                                    SARA WINSLOW
                                     JULIE A. ARBUCKLE
10                                   THOMAS R. GREEN
                                     Assistant United States Attorneys
11
     Dated: October 27, 2011    By:  _____/S/_____
12                                   JOYCE R. BRANDA
                                     PATRICIA R. DAVIS
13                                   RENÉE S. ORLEANS
                                     KIMBERLY I. FRIDAY
14                                   Civil Division, U.S. Department of Justice

15                                   Attorneys for the United States
                                     NOLAN & AUERBACH, P.A.
16                                   LAW OFFICES OF MATTHEW PAVONE

17   Dated: October 27, 2011    By:  _____/S/_____
                                     KENNETH J. NOLAN, Esq.
18                                   MARCELLA AUERBACH, Esq.
                                     Pro Hac Vice
19                                   MATTHEW B. PAVONE, Esq.
                                     Attorneys for *Qui Tam* Plaintiff Joe Strom
20
                                     QUINN EMANUEL URQUHART & SULLIVAN,
21                                   LLP

22   Dated: October 27, 2011    By:  _____/S/_____
                                     CHRISTOPHER TAYBACK, Esq.
23                                   ASHLEY MARTABANO, Esq.
                                     Attorneys for Defendants Scios, Inc. and
24                                   Johnson & Johnson Inc.

25                                   [PROPOSED] ORDER

26   Pursuant to stipulation, IT IS SO ORDERED.

27
     Dated:  October 28, 2011         *Jacqueline S. Corley*
28                                   JACQUELINE SCOTT CORLEY
                                     United States Magistrate Judge