IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. STROM, <br>       Plaintiffs, <br>    v. <br> SCIOS, INC. and JOHNSON & JOHNSON, <br>       Defendants. | No. C05-3004 CRB (JSC) <br><br> **ORDER RE: DEFENDANTS' NOVEMBER 3, 2011 LETTER** |

The Court has received Defendants' November 3, 2011 letter requesting oral argument on the parties' dispute regarding Defendants' responses to Plaintiff's Request for Admissions. The Court will hear oral argument on this matter on November 9, 2011 at 9:00 a.m. in Courtroom F.

**IT IS SO ORDERED.**

Dated: November 3, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE