TONY WEST
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
               (415) 436-7102 (Arbuckle)
               (415) 436-7314 (Green)
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
ERICA HITCHINGS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM, | No. C 05-3004 CRB (JSC) |
| Plaintiffs, | **STIPULATION REGARDING PRODUCTION OF CLAIMS DATA AND EXPERT DISCOVERY** |
| v. | |
| SCIOS, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

1. WHEREAS on December 1, 2011, the Court granted Defendants Scios Inc. and Johnson & Johnson's (collectively "Defendants") motion to compel the production of inpatient and outpatient claims data from Medicare, TRICARE, and FEHBP from January 1, 2001 to December 31, 2007 for each patient ID number for which the government alleges a false claim was submitted. (Docket No. 171).

WHEREAS at the December 1, 2011 hearing on Defendants' motion to compel, Judge Corley instructed the parties to meet and confer in order to reach a stipulation regarding the timing for production of the claims data, and a revised schedule for expert discovery.

WHEREAS the parties have met and conferred extensively regarding the timing for production of the claims data, and a revised schedule for expert discovery.

WHEREAS the revised schedule for expert discovery set forth below will affect the current dates for dispositive motions. Accordingly, the parties will submit a separate stipulation and order to District Judge Charles R. Breyer regarding dates for dispositive motions and trial, or request a Case Management Conference before him to set such dates.

Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

1. The United States shall produce the claims data it has been ordered to produce to Defendants no later than February 15, 2012.

2. The parties shall produce rebuttal expert reports no later than May 1, 2012.

3. The United States shall produce rebuttal reports responding to Defendants' experts' discussion of and opinions regarding the claims data no later than June 15, 2012.

///
///
///
///
///
///
///

STIPULATION REGARDING PRODUCTION OF CLAIMS DATA AND EXPERT DISCOVERY, No. C 05-3004 CRB (JSC)  2

4. The deadline for completing expert discovery shall be July 31, 2012.

IT IS SO STIPULATED.

                                      Respectfully submitted,

                                      TONY WEST
                                      Assistant Attorney General

                                      JOSHUA B. EATON
                                      Attorney for the United States, Acting
                                      Under Authority Conferred by 28 U.S.C. §515

Dated: 01/03/2012        By:            /S/ Signature on file
                                      SARA WINSLOW
                                      JULIE A. ARBUCKLE
                                      THOMAS R. GREEN
                                      Assistant United States Attorneys

Dated: 01/03/2012        By:            /S/ Signature on file
                                      JOYCE R. BRANDA
                                      PATRICIA R. DAVIS
                                      RENÉE S. ORLEANS
                                      KIMBERLY I. FRIDAY
                                      ERICA HITCHINGS
                                      Civil Division, U.S. Department of Justice
                                      Attorneys for the United States

                                      NOLAN & AUERBACH, P.A.
                                      LAW OFFICES OF MATTHEW PAVONE

Dated: 12/31/2011        By:            /S/ Signature on file
                                      KENNETH J. NOLAN, Esq.
                                      MARCELLA AUERBACH, Esq.
                                      Pro Hac Vice
                                      MATTHEW B. PAVONE, Esq.
                                      Attorneys for *Qui Tam* Plaintiff Joe Strom

                                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: 01/03/2012        By:            /S/ Signature on file
                                      JOHN POTTER, Esq.
                                      DIANE DOOLITTLE, Esq.
                                      NICOLE ALTMAN, Esq.
                                      Attorneys for Defendants Scios, Inc. and
                                      Johnson & Johnson Inc.

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 3, 2012                                      /s/ Jacqueline S. Corley
                                                                         JACQUELINE SCOTT CORLEY
                                                       United States Magistrate Judge