TONY WEST
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6925 (Winslow)
                (415) 436-7102 (Arbuckle)
                (415) 436-7314 (Green)
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
ERICA HITCHINGS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* STROM, | ) | No. C 05-3004 CRB (JSC) |
| | ) | |
|     Plaintiffs, | ) | **STIPULATION REGARDING** |
| | ) | **PRODUCTION OF CLAIMS DATA** |
|   v. | ) | **AND EXPERT DISCOVERY** |
| | ) | |
| SCIOS, INC. and | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

STIPULATION REGARDING PRODUCTION OF CLAIMS DATA AND EXPERT DISCOVERY, No. C 05-3004 CRB (JSC)

WHEREAS on December 1, 2011, the Court granted Defendants Scios Inc. and Johnson & Johnson's (collectively "Defendants") motion to compel the production of inpatient and outpatient claims data from Medicare, TRICARE, and FEHBP from January 1, 2001 to December 31, 2007 for each patient ID number for which the government alleges a false claim was submitted. (Docket No. 171).

WHEREAS at the December 1, 2011 hearing on Defendants' motion to compel, Judge Corley instructed the parties to meet and confer in order to reach a stipulation regarding the timing for production of the claims data, and a revised schedule for expert discovery.

WHEREAS the parties have met and conferred extensively regarding the timing for production of the claims data, and a revised schedule for expert discovery.

WHEREAS the revised schedule for expert discovery set forth below will affect the current dates for dispositive motions. Accordingly, the parties will submit a separate stipulation and order to District Judge Charles R. Breyer regarding dates for dispositive motions and trial, or request a Case Management Conference before him to set such dates.

Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

1. The United States shall produce the claims data it has been ordered to produce to Defendants no later than February 15, 2012.

2. The parties shall produce rebuttal expert reports no later than May 1, 2012.

3. The United States shall produce rebuttal reports responding to Defendants' experts' discussion of and opinions regarding the claims data no later than June 15, 2012.

///
///
///
///
///
///
///

4. The deadline for completing expert discovery shall be July 31, 2012.

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: 01/03/2012      By:      /S/ Signature on file
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

Dated: 01/03/2012      By:      /S/ Signature on file
JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
ERICA HITCHINGS
Civil Division, U.S. Department of Justice
Attorneys for the United States

NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: 12/31/2011      By:      /S/ Signature on file
KENNETH J. NOLAN, Esq.
MARCELLA AUERBACH, Esq.
Pro Hac Vice
MATTHEW B. PAVONE, Esq.
Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: 01/03/2012      By:      /S/ Signature on file
JOHN POTTER, Esq.
DIANE DOOLITTLE, Esq.
NICOLE ALTMAN, Esq.
Attorneys for Defendants Scios, Inc. and
Johnson & Johnson Inc.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 3, 2012      _/s/ Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATION REGARDING PRODUCTION OF CLAIMS DATA AND EXPERT DISCOVERY, No. C 05-3004 CRB (JSC)      3