TONY WEST
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
               (415) 436-7102 (Arbuckle)
               (415) 436-7314 (Green)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
ERICA HITCHINGS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile: (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM, | No. C 05-3004 CRB (JSC) |
|     Plaintiffs, | **STIPULATION REGARDING CASE SCHEDULE** |
| v. | |
| SCIOS, INC. and JOHNSON & JOHNSON, | |
|     Defendants. | |

STIPULATION REGARDING CASE SCHEDULE, No. C 05-3004 CRB (JSC)

WHEREAS on December 1, 2011, Magistrate Judge Jacqueline Scott Corley granted Defendants Scios Inc. and Johnson & Johnson's (collectively, Defendants) motion to compel the production of certain claims data from the Medicare, TRICARE, and FEHBP programs (Docket No. 171).

WHEREAS pursuant to Judge Corley's instruction, the parties met and conferred and reached a stipulation regarding the timing for production of the claims data, and a revised schedule for expert discovery.

WHEREAS on January 3, 2012, Judge Corley accepted the parties' stipulation and ordered the deadline for completing expert discovery extended to July 31, 2012 (Docket No. 176).

WHEREAS the parties anticipate filing dispositive motions.

WHEREAS Defendants anticipate citing expert opinions in support of one or more of their dispositive motions.

WHEREAS by prior order of this Court (Docket No. 86), the deadline for hearing dispositive motions is April 6, 2012, which is several months prior to the new deadline for completing expert discovery.

WHEREAS no pretrial or trial dates have been set in this case.

WHEREAS, assuming the shortened 9:00 a.m. to 12:00 noon trial day contemplated by Judge Breyer's standing order, the United States estimates that the trial will take seven weeks and Defendants estimate that the trial will take eight weeks.

Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

1. The deadline for filing dispositive motions shall be August 15, 2012.
2. The last day for hearing dispositive motions shall be September 21, 2012.
3. The pretrial conference shall be October 16, 2012.
4. Trial shall commence on October 22, 2012.

IT IS SO STIPULATED.

//

| | | | |
|---|---|---|---|
| 1 | | | Respectfully submitted, |
| 2 | | | TONY WEST |
| 3 | | | Assistant Attorney General |
| 4 | | | JOSHUA B. EATON |
| | | | Attorney for the United States, Acting |
| 5 | | | Under Authority Conferred by 28 U.S.C. §515 |
| 6 | Dated:January 17, 2012 | By: | /s/ signature on file |
| | | | SARA WINSLOW |
| 7 | | | JULIE A. ARBUCKLE |
| | | | THOMAS R. GREEN |
| 8 | | | Assistant United States Attorneys |
| 9 | Dated:January 17, 2012 | By: | /s/ signature on file |
| | | | JOYCE R. BRANDA |
| 10 | | | PATRICIA R. DAVIS |
| | | | RENÉE S. ORLEANS |
| 11 | | | KIMBERLY I. FRIDAY |
| | | | Civil Division, U.S. Department of Justice |
| 12 | | | |
| | | | Attorneys for the United States |
| 13 | | | NOLAN & AUERBACH, P.A. |
| | | | LAW OFFICES OF MATTHEW PAVONE |
| 14 | Dated:January 17, 2012 | By: | /s/ signature on file |
| 15 | | | KENNETH J. NOLAN, Esq. |
| | | | MARCELLA AUERBACH, Esq. |
| 16 | | | Pro Hac Vice |
| | | | MATTHEW B. PAVONE, Esq. |
| 17 | | | Attorneys for *Qui Tam* Plaintiff Joe Strom |
| 18 | | | |
| | | | QUINN EMANUEL URQUHART & SULLIVAN, |
| 19 | | | LLP |
| 20 | Dated:January 17, 2012 | By: | /s/ signature on file |
| | | | JOHN POTTER, Esq. |
| 21 | | | DIANE DOOLITTLE, Esq. |
| | | | NICOLE ALTMAN, Esq. |
| 22 | | | Attorneys for Defendants Scios, Inc. and |
| | | | Johnson & Johnson Inc. |

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: Jan. 18, 2012

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer (United States District Court, Northern District of California seal)

STIPULATION REGARDING CASE SCHEDULE, No. C 05-3004 CRB (JSC)     3