```
 1  TONY WEST
    Assistant Attorney General
 2
    JOSHUA B. EATON (CA Bar No. 196887)
 3  Attorney for the United States,
    Acting Under Authority Conferred by 28 U.S.C. §515
 4  JOANN M. SWANSON (CA Bar No. 88143)
    Chief, Civil Division
 5  SARA WINSLOW (DC Bar No. 457643)
    JULIE A. ARBUCKLE (CA Bar No. 193425)
 6  THOMAS R. GREEN (CA Bar No. 203480)
    Assistant United States Attorneys
 7      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 8      Telephone: (415) 436-6925 (Winslow)
                   (415) 436-7102 (Arbuckle)
 9                 (415) 436-7314 (Green)
        Facsimile: (415) 436-6748
10      sara.winslow@usdoj.gov

11  JOYCE R. BRANDA
    PATRICIA R. DAVIS
12  RENÉE S. ORLEANS
    KIMBERLY I. FRIDAY
13  ERICA HITCHINGS
    Attorneys
14  Civil Division
    United States Department of Justice
15      P.O. Box 261
        Ben Franklin Station
16      Washington, D.C. 20044
        Telephone: (202) 514-4504
17      Facsimile: (202) 305-4117
        renee.orleans@usdoj.gov
18
    Attorneys for the United States of America
19
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* STROM,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCIOS, INC. and<br>JOHNSON & JOHNSON,<br><br>　　　　Defendants. | No. C 05-3004 CRB (JSC)<br><br>**STIPULATION REGARDING<br>CASE SCHEDULE** |

STIPULATION REGARDING CASE SCHEDULE, No. C 05-3004 CRB (JSC)

WHEREAS on December 1, 2011, Magistrate Judge Jacqueline Scott Corley granted Defendants Scios Inc. and Johnson & Johnson's (collectively, Defendants) motion to compel the production of certain claims data from the Medicare, TRICARE, and FEHBP programs (Docket No. 171).

WHEREAS pursuant to Judge Corley's instruction, the parties met and conferred and reached a stipulation regarding the timing for production of the claims data, and a revised schedule for expert discovery.

WHEREAS on January 3, 2012, Judge Corley accepted the parties' stipulation and ordered the deadline for completing expert discovery extended to July 31, 2012 (Docket No. 176).

WHEREAS the parties anticipate filing dispositive motions.

WHEREAS Defendants anticipate citing expert opinions in support of one or more of their dispositive motions.

WHEREAS by prior order of this Court (Docket No. 86), the deadline for hearing dispositive motions is April 6, 2012, which is several months prior to the new deadline for completing expert discovery.

WHEREAS no pretrial or trial dates have been set in this case.

WHEREAS, assuming the shortened 9:00 a.m. to 12:00 noon trial day contemplated by Judge Breyer's standing order, the United States estimates that the trial will take seven weeks and Defendants estimate that the trial will take eight weeks.

Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record, that:

1. The deadline for filing dispositive motions shall be August 15, 2012.
2. The last day for hearing dispositive motions shall be September 21, 2012.
3. The pretrial conference shall be October 16, 2012.
4. Trial shall commence on October 22, 2012.

IT IS SO STIPULATED.

//

STIPULATION REGARDING CASE SCHEDULE, No. C 05-3004 CRB (JSC)　　　2

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | TONY WEST<br>Assistant Attorney General |
|   |   |   | JOSHUA B. EATON<br>Attorney for the United States, Acting<br>Under Authority Conferred by 28 U.S.C. §515 |

Dated: January 17, 2012    By:    */s/ signature on file*
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

Dated: January 17, 2012    By:    */s/ signature on file*
JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States
NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: January 17, 2012    By:    */s/ signature on file*
KENNETH J. NOLAN, Esq.
MARCELLA AUERBACH, Esq.
Pro Hac Vice
MATTHEW B. PAVONE, Esq.
Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: January 17, 2012    By:    */s/ signature on file*
JOHN POTTER, Esq.
DIANE DOOLITTLE, Esq.
NICOLE ALTMAN, Esq.
Attorneys for Defendants Scios, Inc. and
Johnson & Johnson Inc.

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: Jan. 18, 2012    _____
CHARLES R. BREYER
United States District Judge

STIPULATION REGARDING CASE SCHEDULE, No. C 05-3004 CRB (JSC)    3