QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John M. Potter (Bar No. 165843)
   johnpotter@quinnemanuel.com
   Diane M. Doolittle (Bar No. 142046)
   dianedoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

   Christopher Tayback (Bar No. 145532)
   christayback@quinnemanuel.com
   Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendants
SCIOS, INC. and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| Plaintiffs, | |
| vs. | **STIPULATION VACATING DATES;** [PROPOSED] **ORDER** |
| SCIOS INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record that:

1. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

2. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

3. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

4. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

5. For the same reasons, the parties request that the case be stayed and all dates and deadlines be vacated in this case, including but not limited to expert deposition dates and deadlines for responding to subpoenas as well as the following dates set by the Court:

- July 31, 2012 – expert discovery cut-off
- August 15, 2012 – deadline for filing summary judgment motions
- September 21, 2012 – hearing on motions for summary judgment
- October 16, 2012 – pretrial conference
- October 22, 2012 -- trial

6. The parties request that the Court set a status conference for September 21, 2012. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

IT IS SO STIPULATED.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: June 20, 2012      By: _____
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

Dated: June 20, 2012      By: _____
DANIEL R. ANDERSON
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States

NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: June 20, 2012      By: _____
KENNETH J. NOLAN, Esq.
MARCELLA AUERBACH, Esq.
Pro Hac Vice
MATTHEW B. PAVONE, Esq.
Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: June 20, 2012      By: _____
JOHN POTTER, Esq.
DIANE DOOLITTLE, Esq.
CHRISTOPHER TAYBACK, Esq.
Attorneys for Defendants Scios, Inc. and
Johnson & Johnson Inc.

1                                        [PROPOSED] ORDER

3    Pursuant to stipulation, IT IS SO ORDERED.   This case is stayed and all dates and deadlines

4 previously set in this case are vacated.   A status conference is scheduled for 8:30 a.m. on

5 September 28, 2012.   A joint status report is due no later than September 14, 2012.

8 Dated:  June 22, 2012                _____
                                         HON. CHARLES R. BREYER
                                         United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)