1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John M. Potter (Bar No. 165843)
2    johnpotter@quinnemanuel.com
     Diane M. Doolittle (Bar No. 142046)
3    dianedoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California   94111
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6    Christopher Tayback (Bar No. 145532)
     christayback@quinnemanuel.com
7    Michael T. Lifrak (Bar No. 210846)
     michaellifrak@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
9  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
10
   Attorneys for Defendants
11 SCIOS, INC. and JOHNSON & JOHNSON

                   UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel* STROM, | CASE NO. C 05-3004 CRB |
| Plaintiffs, | |
| vs. | **STIPULATION VACATING DATES; [PROPOSED] ORDER** |
| SCIOS INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

1  Subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by the
2  Parties, through their undersigned counsel of record that:

3   1.   ████████████████████████████████
4   ████████████████████████████████████
5   ██████████████████████

6   2.   ████████████████████████████████
7   ████████████████████████████████████
8   ███████████████████

9   3.   ████████████████████████████████
10  ████████████████████████████████████
11  ████████████████████████████████████
12  ███████████

13  4.   ████████████████████████████████
14  ████████████████████████████████████
15  ████████████████████████████████
16  █████████████████████████

17  5.   For the same reasons, the parties request that the case be stayed and all dates and
18  deadlines be vacated in this case, including but not limited to expert deposition dates and
19  deadlines for responding to subpoenas as well as the following dates set by the Court:

20  - July 31, 2012 – expert discovery cut-off
21  - August 15, 2012 – deadline for filing summary judgment motions
22  - September 21, 2012 – hearing on motions for summary judgment
23  - October 16, 2012 – pretrial conference
24  - October 22, 2012 -- trial

25  6.   The parties request that the Court set a status conference for September 21, 2012.
26  ████████████████████████████████████████████████████████

27  IT IS SO STIPULATED.
28

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: June 20, 2012    By: _____
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

Dated: June 20, 2012    By: _____
DANIEL R. ANDERSON
PATRICIA R. DAVIS
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States

NOLAN & AUERBACH, P.A.
LAW OFFICES OF MATTHEW PAVONE

Dated: June 20, 2012    By: _____
KENNETH J. NOLAN, Esq.
MARCELLA AUERBACH, Esq.
Pro Hac Vice
MATTHEW B. PAVONE, Esq.
Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: June 20, 2012    By: _____
JOHN POTTER, Esq.
DIANE DOOLITTLE, Esq.
CHRISTOPHER TAYBACK, Esq.
Attorneys for Defendants Scios, Inc. and
Johnson & Johnson Inc.

1  [~~PROPOSED~~] ORDER

2

3   Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed and all dates and deadlines

4  previously set in this case are vacated.  A status conference is scheduled for 8:30 a.m. on

5  September 28, 2012.  A joint status report is due no later than September 14, 2012.

6

7

8  Dated: June 22, 2012     _____
       HON. CHARLES R. BREYER
9      United States District Judge



-3-   Case No. C 05-3004 CRB (JSC)
STIPULATION VACATING DATES

00459.50991/4820123.1