STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
SARA WINSLOW (DC Bar No. 457643)
Acting Chief, Civil Division
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
               (415) 436-7102 (Arbuckle)
               (415) 436-7314 (Green)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

DANIEL R. ANDERSON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile: (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STROM,<br><br>                Plaintiff,<br><br>    v.<br><br>SCIOS, INC. and JOHNSON & JOHNSON,<br><br>                Defendants. | Case No. C 05-3004 CRB (JSC)<br><br>~~JOINT STATUS REPORT~~<br><br>**ORDER** |

Joint Status Report, No. C 05-3004 CRB (JSC)

Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, respectfully submit this Joint Status Report.

1. On June 22, 2012, the Court issued an order based on the parties' stipulation that this case be stayed and that all dates and deadlines be vacated.

2. The Court's June 22, 2012 Order also set a status conference for September 28, 2012 at 8:30 a.m. and ordered a joint status report be due no later than September 14, 2012.

3. As publicly reported by Johnson & Johnson, the United States and Defendants have reached a proposed agreement to resolve this matter. The parties are prepared to recommend the proposed settlement for approval with the requisite authorities. The proposed settlement is part of a global resolution that will resolve other matters as well.

4. The parties are in the process of negotiating a settlement agreement and resolving other issues related to this resolution.

5. Thus, the parties need additional time to complete this process and request that the Court reschedule the September 28, 2012 status conference to December 21, 2012, with another status report due on December 14, 2012.

6. Should the settlement be resolved prior to December 14, 2012, the parties will so notify the Court.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: September 10, 2012      By: */s/ signature on file*
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

//

//

Joint Status Report, No. C 05-3004 CRB (JSC)

Dated: September 10, 2012        By: */s/ signature on file*
                                 DANIEL R. ANDERSON
                                 JAMIE R. YAVELBERG
                                 RENÉE S. ORLEANS
                                 KIMBERLY I. FRIDAY
                                 Civil Division, U.S. Department of Justice

                                 Attorneys for the United States

                                 NOLAN & AUERBACH, P.A.
                                 LAW OFFICES OF MATTHEW PAVONE

Dated: September 10, 2012        By: */s/ signature on file*
                                 KENNETH J. NOLAN, Esq.
                                 MARCELLA AUERBACH, Esq.
                                 Pro Hac Vice
                                 MATTHEW B. PAVONE, Esq.
                                 Attorneys for *Qui Tam* Plaintiff Joe Strom

                                 QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: September 10, 2012        By: */s/ signature on file*
                                 JOHN POTTER, Esq.
                                 DIANE DOOLITTLE, Esq.
                                 NICOLE ALTMAN, Esq.
                                 Attorneys for Defendants Scios, Inc. and
                                 Johnson & Johnson Inc.

## [~~PROPOSED~~] ORDER

Pursuant to the parties' request, IT IS SO ORDERED. The status conference currently scheduled for September 28, 2012 at 8:30 a.m. shall be vacated and rescheduled for December 21, 2012 at 8:30 a.m. A joint status report is due no later than December 14, 2012. The previous stay entered in the case continues.

Dated: Sept. 11, 2012            _____
                                 HON. CHARLES R. BREYER
                                 United States District Judge

[STAMP: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Joint Status Report, No. C 05-3004 CRB (JSC)