```
STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
SARA WINSLOW (DC Bar No. 457643)
Acting Chief, Civil Division
JULIE A. ARBUCKLE (CA Bar No. 193425)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-6925 (Winslow)
                   (415) 436-7102 (Arbuckle)
                   (415) 436-7314 (Green)
        Facsimile:  (415) 436-6748
        sara.winslow@usdoj.gov

DANIEL R. ANDERSON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
        P.O. Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-4504
        Facsimile:  (202) 305-4117
        renee.orleans@usdoj.gov
```

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STROM<br><br>Plaintiff,<br><br>v.<br><br>SCIOS, INC. and JOHNSON & JOHNSON<br><br>Defendants. | Case No. C 05-3004 CRB (JSC)<br><br>~~JOINT STATUS REPORT~~<br><br>**ORDER** |

Joint Status Report, No. C 05-3004 CRB (JSC)

Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, respectfully submit this Joint Status Report.

1. On June 22, 2012, the Court issued an order based on the parties' stipulation that this case be stayed and that all dates and deadlines be vacated.

2. The Court's June 22, 2012 Order also set a status conference for September 28, 2012 at 8:30 a.m. and ordered a joint status report be due no later than September 14, 2012.

3. As publicly reported by Johnson & Johnson, the United States and Defendants have reached a proposed agreement to resolve this matter. The parties are prepared to recommend the proposed settlement for approval with the requisite authorities. The proposed settlement is part of a global resolution that will resolve other matters as well.

4. The parties are in the process of negotiating a settlement agreement and resolving other issues related to this resolution.

5. Thus, the parties need additional time to complete this process and request that the Court reschedule the September 28, 2012 status conference to December 21, 2012, with another status report due on December 14, 2012.

6. Should the settlement be resolved prior to December 14, 2012, the parties will so notify the Court.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: September 10, 2012   By: */s/ signature on file*
SARA WINSLOW
JULIE A. ARBUCKLE
THOMAS R. GREEN
Assistant United States Attorneys

//

//

Joint Status Report, No. C 05-3004 CRB (JSC)

| | | |
|---|---|---|
| Dated: September 10, 2012 | By: | */s/ signature on file* |
| | | DANIEL R. ANDERSON |
| | | JAMIE R. YAVELBERG |
| | | RENÉE S. ORLEANS |
| | | KIMBERLY I. FRIDAY |
| | | Civil Division, U.S. Department of Justice |
| | | |
| | | Attorneys for the United States |
| | | |
| | | NOLAN & AUERBACH, P.A. |
| | | LAW OFFICES OF MATTHEW PAVONE |
| Dated: September 10, 2012 | By: | */s/ signature on file* |
| | | KENNETH J. NOLAN, Esq. |
| | | MARCELLA AUERBACH, Esq. |
| | | Pro Hac Vice |
| | | MATTHEW B. PAVONE, Esq. |
| | | Attorneys for *Qui Tam* Plaintiff Joe Strom |
| | | |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Dated: September 10, 2012 | By: | */s/ signature on file* |
| | | JOHN POTTER, Esq. |
| | | DIANE DOOLITTLE, Esq. |
| | | NICOLE ALTMAN, Esq. |
| | | Attorneys for Defendants Scios, Inc. and Johnson & Johnson Inc. |

## [~~PROPOSED~~] ORDER

Pursuant to the parties' request, IT IS SO ORDERED. The status conference currently scheduled for September 28, 2012 at 8:30 a.m. shall be vacated and rescheduled for December 21, 2012 at 8:30 a.m. A joint status report is due no later than December 14, 2012. The previous stay entered in the case continues.

Dated: Sept. 11, 2012

HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

Joint Status Report, No. C 05-3004 CRB (JSC)