1  **[PROPOSED] ORDER**

2

3      Pursuant to stipulation, IT IS SO ORDERED. The status conference currently scheduled for

4  January 11, 2013 at 8:30 a.m. shall be vacated and rescheduled for April 5, 2013 at 8:30 a.m. A

5  joint status report is due no later than March 29, 2013. The previous stay entered in the case

6  continues.

7

8

9  Dated: Jan. 4, 2013                          _____

10                                              HON.
                                                United St...



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report, No. C 05-3004 CRB (JSC)