[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The status conference currently scheduled for January 11, 2013 at 8:30 a.m. shall be vacated and rescheduled for April 5, 2013 at 8:30 a.m. A joint status report is due no later than March 29, 2013. The previous stay entered in the case continues.

Dated: Jan. 4, 2013

HON. 
United St.



Joint Status Report, No. C 05-3004 CRB (JSC)