1  STUART F. DELERY
   Acting Assistant Attorney General
2
   JOSHUA B. EATON (CA Bar No. 196887)
3  Attorney for the United States,
   Acting Under Authority Conferred by 28 U.S.C. §515
4  ALEX G. TSE (CA Bar No. 152348)
   Chief, Civil Division
5  SARA WINSLOW (DC Bar No. 457643)
   THOMAS R. GREEN (CA Bar No. 203480)
6  Assistant United States Attorneys
          450 Golden Gate Avenue, Box 36055
7         San Francisco, California 94102
          Telephone: (415) 436-6925 (Winslow)
8                    (415) 436-7314 (Green)
          Facsimile:  (415) 436-6748
9         sara.winslow@usdoj.gov

10 MICHAEL GRANSTON
   JAMIE A. YAVELBERG
11 RENÉE S. ORLEANS
   KIMBERLY I. FRIDAY
12 Attorneys
   Civil Division
13 United States Department of Justice
          P.O. Box 261
14        Ben Franklin Station
          Washington, D.C. 20044
15        Telephone: (202) 514-4504
          Facsimile:  (202) 305-4117
16        renee.orleans@usdoj.gov

17 Attorneys for the United States of America

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                         **SAN FRANCISCO DIVISION**

21

22 | UNITED STATES OF AMERICA, *ex rel.* STROM | ) ) | Case No.  C 05-3004 CRB (JSC) |
   |---|---|---|
23 |                  Plaintiff, | ) ) ) | **JOINT STATUS REPORT** |
24 |              v. | ) ) |  |
25 | SCIOS, INC. and JOHNSON & JOHNSON | ) ) |  |
26 |                  Defendants. | ) ) |  |

27

28

Joint Status Report, No. C 05-3004 CRB (JSC)

Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, respectfully submit this Joint Status Report.

1. On April 10, 2013, the Court issued an order based on the parties' stipulation to continue the stay of this case.

2. A status conference is scheduled for May 24, 2013.

3. As we have previously reported, the United States and Defendants have reached an agreement in principle on settling the above-captioned case.

4. The parties are continuing to negotiate the terms of the resolution of this matter. Since the last status report, progress has been made but the parties need additional time to complete the process and request that the Court reschedule the May 24, 2013 status conference to July 12, 2013, with another status report due on July 5, 2013.

5. Should the settlement be resolved prior to July 12, 2013, the parties will so notify the Court.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: May 10, 2013     By:     /s/ signature on file
SARA WINSLOW
THOMAS R. GREEN
Assistant United States Attorneys

Dated: May 10, 2013     By:     /s/ signature on file
MICHAEL GRANSTON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States

//

//

Joint Status Report, No. C 05-3004 CRB (JSC)

|  |  |  |
|---|---|---|
| Dated: May 9, 2013 | By: | NOLAN & AUERBACH, P.A.<br>LAW OFFICES OF MATTHEW PAVONE<br>      /s/ signature on file<br>KENNETH J. NOLAN, Esq.<br>MARCELLA AUERBACH, Esq.<br>Pro Hac Vice<br>MATTHEW B. PAVONE, Esq.<br>Attorneys for *Qui Tam* Plaintiff Joe Strom |
| Dated: May 9, 2013 | By: | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>      /s/ signature on file<br>JOHN POTTER, Esq.<br>DIANE DOOLITTLE, Esq.<br>NICOLE ALTMAN, Esq.<br>Attorneys for Defendants Scios, Inc. and Johnson & Johnson |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The status conference currently scheduled for May 24, 2013 at 8:30 a.m. shall be vacated and rescheduled for July 12, 2013 at 8:30 a.m. A joint status report is due no later than July 5, 2013. The previous stay entered in the case continues.

Dated:  May 10, 2013

_____
HON. CHARLES R. BREYER
United States District Judge

Joint Status Report, No. C 05-3004 CRB (JSC)