STUART F. DELERY
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
              (415) 436-7314 (Green)
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov

MICHAEL GRANSTON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STROM, <br><br> Plaintiff, <br><br> v. <br><br> SCIOS, INC. and JOHNSON & JOHNSON <br><br> Defendants. | Case No.  C 05-3004 CRB (JSC) <br><br> ~~JOINT STATUS REPORT~~ <br><br> **ORDER** |

Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, respectfully submit this Joint Status Report.

1. On July 9, 2013, the Court issued an order based on the parties' stipulation to continue the stay of this case.

2. A status conference is scheduled for August 23, 2013.

3. As we have previously reported, the United States and Defendants have reached an agreement in principle on settling the above-captioned case.

4. The parties are continuing to negotiate the terms of the resolution of this matter. Since the last status report, progress has been made but the parties need additional time to complete the process and request that the Court reschedule the August 23, 2013 status conference to September 6, 2013, with another status report due on August 30, 2013.

5. Should the settlement be resolved prior to September 6, 2013, the parties will so notify the Court.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: August 16, 2013         By:     /s/ signature on file
                                SARA WINSLOW
                                THOMAS R. GREEN
                                Assistant United States Attorneys

Dated: August 16, 2013         By:     /s/ signature on file
                                MICHAEL GRANSTON
                                JAMIE A. YAVELBERG
                                RENÉE S. ORLEANS
                                KIMBERLY I. FRIDAY
                                Civil Division, U.S. Department of Justice

                                Attorneys for the United States

//

//

Joint Status Report, No. C 05-3004 CRB (JSC)

|  |  |
|---|---|
|  | NOLAN & AUERBACH, P.A. |
|  | LAW OFFICES OF MATTHEW PAVONE |
| Dated: August 15, 2013 | By:   /s/ signature on file |
|  | KENNETH J. NOLAN, Esq. |
|  | MARCELLA AUERBACH, Esq. |
|  | Pro Hac Vice |
|  | MATTHEW B. PAVONE, Esq. |
|  | Attorneys for *Qui Tam* Plaintiff Joe Strom |
|  |  |
|  | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Dated: August 16, 2013 | By:   /s/ signature on file |
|  | JOHN POTTER, Esq. |
|  | DIANE DOOLITTLE, Esq. |
|  | NICOLE ALTMAN, Esq. |
|  | Attorneys for Defendants Scios, Inc. and Johnson & Johnson |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The status conference currently scheduled for August 23, 2013 at 8:30 a.m. shall be vacated and rescheduled for September 6, 2013 at 8:30 a.m. A joint status report is due no later than August 30, 2013. The previous stay entered in the case continues.

Dated: August 19, 2013

_____
HON. CHARLES R. BREYER
United States Magistrate

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*