STUART F. DELERY
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
               (415) 436-7314 (Green)
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov

MICHAEL GRANSTON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile:  (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STROM,<br><br>            Plaintiff,<br><br>    v.<br><br>SCIOS, INC. and JOHNSON & JOHNSON,<br><br>            Defendants. | Case No.  C 05-3004 CRB (JSC)<br><br>**JOINT STATUS REPORT; ORDER**<br><br>IT IS SO ORDERED AS MODIFIED<br>Judge Charles R. Breyer |

Joint Status Report, No. C 05-3004 CRB (JSC)

Plaintiffs, the United States of America and Relator Joe Strom, and Defendants, Scios, Inc. and Johnson & Johnson, respectfully submit this Joint Status Report.

1. On September 4, 2013, the Court issued an order based on the parties' stipulation to continue the stay of this case.

2. A status conference is scheduled for October 18, 2013.

3. As we have previously reported, the United States and Defendants have reached an agreement in principle on settling the above-captioned case.

4. Due to the lapse in federal appropriations that began on October 1, 2013, the parties need additional time to finalize the settlement. We therefore request that the stay be continued until Congress has restored appropriations to the federal agencies.

5. The parties propose to submit a further joint status report within seven calendar days of the date that federal appropriations are restored, requesting a new date for the status conference.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSHUA B. EATON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §515

Dated: October 8, 2013        By:    /s/ signature on file
SARA WINSLOW
THOMAS R. GREEN
Assistant United States Attorneys

Dated: October 8, 2013        By:    /s/ signature on file
MICHAEL GRANSTON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Civil Division, U.S. Department of Justice

Attorneys for the United States

Joint Status Report, No. C 05-3004 CRB (JSC)

|  |  |
|---|---|
|  | NOLAN & AUERBACH, P.A. |
|  | LAW OFFICES OF MATTHEW PAVONE |
| Dated: October 7, 2013 | By:   /s/ signature on file |
|  | KENNETH J. NOLAN, Esq. |
|  | MARCELLA AUERBACH, Esq. |
|  | Pro Hac Vice |
|  | MATTHEW B. PAVONE, Esq. |
|  | Attorneys for *Qui Tam* Plaintiff Joe Strom |

|  |  |
|---|---|
|  | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Dated: October 8, 2013 | By:   /s/ signature on file |
|  | JOHN POTTER, Esq. |
|  | DIANE DOOLITTLE, Esq. |
|  | NICOLE ALTMAN, Esq. |
|  | Attorneys for Defendants Scios, Inc. and Johnson & Johnson |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The status conference currently scheduled for October 18, 2013 at 8:30 a.m. shall be vacated and rescheduled for November 22, 2013 at 8:30 a.m.. The parties shall submit a joint status report seven calendar days prior to the status conference. The previous stay entered in the case continues.

Dated: October 9, 2013

_____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Charles R. Breyer