STUART F. DELERY
Assistant Attorney General

JOSHUA B. EATON (CA Bar No. 196887)
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. §515
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
THOMAS R. GREEN (CA Bar No. 203480)
Assistant United States Attorneys
     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone: (415) 436-6925 (Winslow)
                (415) 436-7314 (Green)
     Facsimile:  (415) 436-6748
     sara.winslow@usdoj.gov

MICHAEL GRANSTON
JAMIE A. YAVELBERG
RENÉE S. ORLEANS
KIMBERLY I. FRIDAY
Attorneys
Civil Division
United States Department of Justice
     P.O. Box 261
     Ben Franklin Station
     Washington, D.C. 20044
     Telephone: (202) 514-4504
     Facsimile:  (202) 305-4117
     renee.orleans@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STROM<br><br>          Plaintiff,<br><br>       v.<br><br>SCIOS, INC. and JOHNSON & JOHNSON<br><br>             Defendants. | Case No.  C 05-3004 CRB (JSC)<br><br>**STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER** |

     IT IS HEREBY STIPULATED by the United States of America, Relator Joe Strom, and

Defendants, Scios, Inc. and Johnson & Johnson (collectively, the Parties), that:

1.   Pursuant to Fed. R. Civ. R. 41(a)(1)(A)(ii) and subject to the terms of the November 1, 2013 settlement agreement (Settlement Agreement) executed by the Parties, the United States and the Relator hereby dismiss the above-captioned action.

2.   Relator dismisses this action with prejudice as to himself.

3.   The United States of America dismisses with prejudice all claims asserted in the United States' Complaint, and dismisses remaining claims, if any, without prejudice as to the United States.

4.   We request that the status conference scheduled for November 22, 2013, be vacated.

5.   According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise relating to the Settlement Agreement.

                              Respectfully submitted,

                              STUART F. DELERY
                              Assistant Attorney General

                              JOSHUA B. EATON
                              Attorney for the United States
Dated: November 13, 2013     By:   /s/ signature on file
                              SARA WINSLOW
                              THOMAS R. GREEN
                              Assistant United States Attorneys

Dated: November 13, 2013     By:   /s/ signature on file
                              MICHAEL GRANSTON
                              JAMIE A. YAVELBERG
                              RENÉE S. ORLEANS
                              KIMBERLY I. FRIDAY
                              Civil Division, U.S. Department of Justice
                              Attorneys for the United States

                              NOLAN & AUERBACH, P.A.
                              LAW OFFICES OF MATTHEW PAVONE
Dated: November 13, 2013     By:   /s/ signature on file
                              KENNETH J. NOLAN, Esq.
                              MARCELLA AUERBACH, Esq.
                              Pro Hac Vice
                              MATTHEW B. PAVONE, Esq.
                              Attorneys for *Qui Tam* Plaintiff Joe Strom

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated: November 13, 2013          By:    /s/ signature on file
                                  JOHN POTTER, Esq.
                                  DIANE DOOLITTLE, Esq.
                                  NICOLE ALTMAN, Esq.
                                  Attorneys for Defendants Scios, Inc. and
                                  Johnson & Johnson


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1.  Pursuant to the terms and conditions of the Parties' November 1, 2013 Settlement Agreement, this action is dismissed with prejudice as to Relator Joe Strom.

2.  Pursuant to the terms and conditions of the Parties' November 1, 2013 Settlement Agreement, all claims asserted in the United States' Complaint are dismissed with prejudice.  To the extent that any additional claims remain in this civil action, they are dismissed without prejudice as to the United States.

3.  The status conference scheduled for November 22, 2013 at 8:30 a.m. is vacated.

4.  The clerk shall close the file.

5.  The Court shall retain jurisdiction over any disputes that may arise relating to the Parties' November 1, 2013 Settlement Agreement.


Dated: _____          _____
                               HON. CHARLES R. BREYER
                               United States District Judge